# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

MIGUEL A. PEREZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1167

————————————————

January 21, 2026

Appeal from the Circuit Court for Pasco County; Joshua Riba, Judge.

Miguel A. Perez, pro se.

James Uthmeier, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, KHOUZAM, and MORRIS, JJ., Concur.

————————————————

Opinion subject to revision prior publication.